■ LEONTINE RULE, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Appeal, having become academic by virtue of the decision of this court in *Rule* v. *Metropolitan Life Ins. Co.* (*supra*), decided herewith is dismissed. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ PAVIA & Co. S.P.A. et al., Appellants, v. SIEGEL CHEMICAL Co. INC., Respondent and Third-Party Plaintiff-Respondent. GREAT EASTERN PACKING & PAPER STOCK CORPORATION, Third-Party Defendant-Respondent.— Order unanimously affirmed with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Cox and Frank, JJ.

■ CAROL S. SHUTTLEWORTH, as Executrix of EDWIN SHUTTLEWORTH, JR., Deceased, Respondent, v. NEW YORK CITY TRANSIT AUTHORITY, Appellant.— Order unanimously modified so as to limit the provisions for the production of relevant books and records to uses set forth in section 296 of the Civil Practice Act, and striking all of the provisions for a discovery and inspection provided in said order with leave, however, to apply under section 324 of the Civil Practice Act upon conclusion of the examination before trial for such further relief as may appear necessary. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ DAVID BRONSTEIN, Respondent, v. JOSEPH G. LEASE et al., Defendants, and WESTERN TOTALIZATOR COMPANY, LIMITED, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ ROSE GUSTIN et al., Appellants, v. NATIONAL PRESSURE COOKER COMPANY, Respondent, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ HELEN ABRAMS et al., Respondents, v. HEARN DEPARTMENT STORES, INC., Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant and the motion denied. The provisions of rule 9-a of the Rules of Civil Practice should be complied with in this action without reservation. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ PERMA REALTY CORP., Respondent, v. JOSEPH WOHL, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ MORRIS M. SCHWEBEL, Appellant, v. OLD COUNTRY TROTTING ASSOCIATION, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ. [See 2 A D 2d 664.]